# United States Court of Appeals
## For the First Circuit

No. 22-1074

PETER GOTTLIEB, individually and on
behalf of all persons similarly situated,

Plaintiff, Appellant,

v.

AMICA MUTUAL INSURANCE COMPANY,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on December 30, 2022, is amended as follows:

On page 10, line 1, "an insured" is replaced with "insureds"

On page 10, line 4, "the" is replaced with "an"

On page 11, line 5, "Rests" is replaced with "Rests."